KAYSHON MOODY CDCR# B15863
Name and Prisoner/Booking Number

CSP-SACRAMENTO
Place of Confinement

P.O. BOX 290066
Mailing Address

REPRESA  CA 95671
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
┌─────────────────────────┐
│          FILED          │
│                         │
│      Jul 28, 2022       │
│  CLERK, U.S. DISTRICT COURT  │
│ EASTERN DISTRICT OF CALIFORNIA │
└─────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

KAYSHON LAMONT MOODY
(Full Name of Plaintiff)
                    Plaintiff,

            v.

(1) SERGEANT D. GONZALES
(Full Name of Defendant)

(2) "and others"

(3) _____

(4) _____
            Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-1342-JDP (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2. Institution/city where violation occurred: CALIFORNIA STATE PRISON / SACRAMENTO

Revised 3/15/2016                           1

1. CORRECTIONAL OFFICER C. TUYEN
2. CORRECTIONAL OFFICER R. VALINE
3. CORRECTIONAL OFFICER J. ORTEGA
4. CORRECTIONAL OFFICER T. DRAKE
5. CORRECTIONAL OFFICER A. REILLY
6. CORRECTIONAL OFFICER A. HUMPHERS
7. CORRECTIONAL OFFICER JENSEN

1-A

## B. DEFENDANTS

1. Name of first Defendant: D. GONZALES _____. The first Defendant is employed as:
PEACE OFFICER AND SERGEANT at CALIFORNIA STATE PRISON SACRAMENTO
   (Position and Title)                                    (Institution)

2. Name of second Defendant: C. TUYEN _____. The second Defendant is employed as:
PEACE OFFICER AND CORRECTIONAL OFFICER at CSP-SACRAMENTO _____.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: R. VALINE _____. The third Defendant is employed as:
PEACE OFFICER AND CORRECTIONAL OFFICER at CSP-SACRAMENTO _____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: J. ORTEGA _____. The fourth Defendant is employed as:
PEACE OFFICER AND CORRECTIONAL OFFICER at CSP-SACRAMENTO _____.
   (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

1   NAME OF FIFTH DEFENDANT: T. DRAKE. THE FIFTH DEFENDANT
2   IS EMPLOYED AS: PEACE OFFICER AND CORRECTIONAL OFFICER
3   AT CSP- SACRAMENTO.

4
5   NAME OF SIXTH DEFENDANT: A. REILLY. THE SIXTH
6   DEFENDANT IS EMPLOYED AS: PEACE OFFICER AND CORR-
7   ETIONAL OFFICER AT CSP- SACRAMENTO.

8
9   NAME OF SEVENTH DEFENDANT: A. HUMPHERS. THE
10  SEVENTH DEFENDANT IS EMPLOYED AS: PEACE OFFICER
11  AND CORRECTIONAL OFFICER AT CSP- SACRAMENTO.

12
13  NAME OF EIGHTH DEFENDANT: JENSEN. THE EIGHTH
14  DEFENDANT IS EMPLOYED AS: PEACE OFFICER AND
15  CORRECTIONAL OFFICER AT CSP- SACRAMENTO.

16
17
18
19
20
21
22
23
24
25
26
27
28

2-A

## D. CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: THE EIGHT AMENDMENT, RIGHT TO BE FREE FROM CRUEL AND UNUSAL PUNISHMENT

2.  **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☒ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    ON July 27, 2021, SERGEANT D. GONZALES PARTICIPATED AND AUTHO-RIZED THE MALICIOUS BEATING WHICH CAUSED ME SEVERE INJURIES AND SUFFER MULTIPLE CONCUSSION'S. WITH INTENT TO INJURE SER-GEANT D. GONZALES EXCESSIVELY KICKED ME TWICE IN MY LEFT SIDE RIBCAGE. ALSO FALSIFIED STATEMENTS AND DOCUMENTATION. ON July 27, 2021 CORRECTIONAL OFFICER C. TUYEN FALSIFIED STATEMENTS AND DOCUMENTATION. ALSO EXCESSIVELY AND SEVERELY SPRAYED ME WITH AN CHEMICAL AGENT. ON July 27 2021 CORRECTIONAL OFFICER R. VALINE WITH INTENT TO INJURE RECKLESSLY PUNCHED ME TWICE IN THE RIGHT SIDE OF MY FACE. ALSO FALSIFIED STATEMENTS AND DOCUMENTATION. ON July 27, 2021 CORRECTIONAL OFFICER J. ORTEGA WITH INTENT TO INJURE RECKLESSLY PUNCHED ME IN MY LEFT UPPER TORSO. ALSO PUT HIS HAND IN MY MOUTH AND FALSIFIED STATEMENTS AND DOCUMENTATION. ON July 27, 2021 CORRECT-IONAL OFFICER T. DRAKE WITH INTENT TO INJURE STRUCK ME RECKLESSLY WITH A "HAMMER STRIKE" TO MY FACE. ALSO FALSIFIED STATEMENTS AND DOCU-MENTATION. ON July 27, 2021 CORRECTIONAL OFFICER A. REILLY (CONT. 3-A).

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    I SUFFERED MULTIPLE LACERATIONS, MULTIPLE CONCUSSIONS AND MENTAL AND EMOTIONAL DESTRESS PROBLEMS DUE TO THE BRUTAL EXCESSIVE FORCE MY BODY WENT THROUGH.

5.  **Administrative Remedies:**

    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

    b.  Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No

    c.  Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No

    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

(SUPPORTING FACTS CONT.) WITH INTENT TO INJURE RECK-
LESSLY PUNCHED ME IN THE FACE AND UPPER RIGHT SIDE
TORSO. ALSO FALSIFIED STATEMENTS AND DOCUMENTATION.
ON JULY 27, 2021 CORRECTIONAL OFFICER A. HUMPHERS WITH
INTENT TO INJURE USED EXCESSIVE FORCE WITH HIS FOOT. ALSO
FALSIFIED STATEMENTS AND DOCUMENTATION. ON JULY 27, 2021
CORRECTIONAL OFFICER JENSEN WITH INTENT TO INJURE
RECKLESSLY STRUCK ME WITH A "HAMMER STRIKE" TWICE TO
MY LEFT CALF. ALSO FALSIFIED STATEMENTS AND DOCUMENTATION.
ALL THE PRISON OFFICIALS ACTED WITH DELIBERATE
INDIFFERENCE TO MY HEALTH CONDITIONS (SICKLE CELL
ANEMIA) AND SAFETY. ALL DEFENDANTS FAILED TO
INTERVENE AND PROTECT ME FROM EXCESSIVE FORCE.

3-A

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities        ☐ Mail          ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property      ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim II?                   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?          ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                      ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim III?        ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

IM SEEKING MONETARY AND PUNITIVE DAMAGES AGAINTS ALL DEFENDANTS IN THEIR OFFICIAL CAPACITIES FOR THE TOTAL AMOUNT OF $ 15,000,000.00 (Fifteen MILLION UNITED STATES Dollars) INCLUDING COURT FEES AND TERMINATION of Employment for SAFTEY of OTHERS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/28/2022___
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.