IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KAYSHON LAMONT MOODY,** | 2:22-cv-01342-JDP |
| Plaintiff, | **(PROPOSED)** **ORDER** |
| v. | |
| **D. GONZALEZ, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,** Defendants' motion for an extension of time to file a responsive pleading is granted. The deadline for Defendants to file a responsive pleading is extended to March 6, 2023.

IT IS SO ORDERED.

Dated:   November 29, 2022                                              _____
                                                                                              JEREMY D. PETERSON
                                                                                              UNITED STATES MAGISTRATE JUDGE