IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAYSHON LAMONT MOODY,** | Case No. 2:22-cv-01342-JDP (PC) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME** |
| v. | |
| **D. GONZALEZ, et al.,** | |
| Defendants. | |

   Defendants A. Humphers, D. Gonzales, C. Tuyen, R. Valine, T. Drake, E. Jensen, A. Reilly, and J. P. Ortega ("Defendants") have moved for an order to extend the deadline for filing a responsive pleading to Plaintiff's Complaint.  The Court has read and considered Defendant's motion and the accompanying declaration of counsel and, good cause appearing,

   IT IS HEREBY ORDERED that:

   1.   Defendants' motion is granted; and

   2.   Defendants shall file a responsive pleading on or before April 6, 2023.

IT IS SO ORDERED.

Dated: __March 7, 2023__                             ___/s/ Jeremy Peterson___
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE