IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAYSHON LAMONT MOODY,**<br><br>Plaintiff,<br><br>v.<br><br>**D. GONZALEZ, et al.,**<br><br>Defendants. | Case No. 2:22-cv-01342-DJC-JDP (PC)<br><br>~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF THE ADR PROJECT AND LIFTING THE STAY |

   Defendants Humphers, Gonzales, Tuyen, Valine, Drake, Jensen, Reilly, and Ortega filed a Motion to Opt Out of the ADR Project. The Court has read and considered these papers, along with the declaration of Defendants' counsel.

   Good cause having been shown, the Court grants defendants' motion to opt-out of ADR and lifts the stay initiated on December 12, 2023. ECF Nos. 23 & 24.

IT IS SO ORDERED.

Dated:   February 12, 2024            _____
                                      JEREMY D. PETERSON
                                      UNITED STATES MAGISTRATE JUDGE