1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAYSHON LAMONT MOODY,** | Case No. 2:22-cv-01342-DJC-JDP |
| Plaintiff, | **[PROPOSED]** **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| **D. GONZALEZ, et al.,** | |
| Defendants. | |

Defendants Humphers, Gonzales, Tuyen, Valine, Drake, Jensen, Reilly, and Ortega (Defendants) have moved for an order to extend the deadline for responding to Plaintiff's Requests for Production of Documents to all Defendants. The Court has read and considered Defendants' motion and the accompanying declaration of counsel and, good cause appearing,

IT IS HEREBY ORDERED that:

1. Defendants' motion is granted (ECF No. 28); and

2. Defendants shall respond to Plaintiff's Request for Production of Documents by July 22, 2024.

IT IS SO ORDERED.

Dated: June 24, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE