UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYSHON LAMONT MOODY,<br><br>Plaintiff,<br><br>v.<br><br>D. GONZALEZ, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-1342-DC-JDP (P)<br><br>ORDER |

Plaintiff has filed a response to the court's March 5, 2025 order to show cause. In it, he states that he never received a copy of defendants' motion for summary judgment, which was filed on December 12, 2024. ECF No. 40. In light of plaintiff's representation, I will ask defendants to re-serve their motion on plaintiff. Plaintiff is advised that this is one-time courtesy and that he should not expect to receive motions or other filings a second time in the future. Plaintiff shall file a response to defendants' motion within forty-five days of this order, or I will recommend that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants are to re-serve their motion for summary judgment, ECF No. 34, on plaintiff within seven days of this order and file a notice affirming the service.

2. Plaintiff shall file a response to defendants' motion within forty-five days of this order.

IT IS SO ORDERED.

Dated: _May 16, 2025_

_/s/ Jeremy Peterson_
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE