UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYSHON LAMONT MOODY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. GONZALEZ, et al,<br><br>　　　　　Defendants. | Case No.  2:22-cv-1342-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 34, 49) |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 17, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed June 17, 2025 (ECF No. 49), are adopted in full;

1

2. Defendant Tuyen's motion for summary judgment, (ECF No. 34), is GRANTED;

3. The Clerk of the Court is directed to enter judgment for defendant Tuyen and terminate him from the docket; and

4. The case proceeds on plaintiff's Eighth Amendment excessive force claim against defendants Gonzalez, Valine, Ortega, Drake, Reilly, Humphers, and Jensen.

5. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 7, 2025**

_____
Dena Coggins
United States District Judge