UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYSHON LAMONT MOODY,<br><br>Plaintiff,<br><br>v.<br><br>D. GONZALEZ, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-1342-DC-JDP (P)<br><br>ORDER SETTING STATUS CONFERENCE |

Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Motion practice has concluded, and claims remain against defendants. The court will hold a status conference on October 2, 2025, at 10:00 a.m. The parties should be prepared to discuss whether they are interested in a settlement conference, any practical limitations on going to trial at this juncture, and any other measure that would contribute to speedy and efficient resolution of this case.

Accordingly, it is hereby ORDERED that:

1. A status conference is set for October 2, 2025, at 10:00 a.m. on Zoom.

2. By no later than September 18, 2025, the parties shall file status reports addressing the matters identified above.

3. The Clerk of Court is directed to send a copy of this order to the litigation coordinator at plaintiff's institution of confinement.

1

IT IS SO ORDERED.

Dated:   August 8, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE