UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KAYSHON LAMONT MOODY

        Plaintiff,

   v.

D. GONZALEZ, *et al.*

        Defendant.

_____

**Case Number: 2:22-cv-01342-DC-JDP (PC)**

**NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270(b)**

_____ hereby requests that the assigned Magistrate Judge participate in a settlement conference in this action and hereby waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter.

DATED: _____                    _____