UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYSHON LAMONT MOODY,<br><br>  Plaintiff,<br><br>  v.<br><br>D. GONZALEZ, *et al.*,<br><br>  Defendants. | Case No.  2:22-cv-1342-DC-JDP (P)<br><br>FURTHER SCHEDULING ORDER |

Defendants' partial motion for summary judgment was resolved pursuant to the order filed August 7, 2025.  ECF No. 52.  Neither party filed a dispositive motion for the remaining claims before the dispositive motion deadline.  After reviewing the parties' status reports, the court sets a further schedule for this litigation.[1]

Good cause appearing, pursuant to Fed. R. Civ. P. 16(b), the court ORDERS as follows:

1.  All parties shall serve their expert disclosures within 90 days from the date of this order.  The deadline for the completion of all expert discovery is thirty days thereafter.

2.  A final pretrial conference (as described in Local Rule 282) is set in this case for April 9, 2026, at 10:00 a.m., before the magistrate judge.  The pretrial conference shall be conducted on the file only, without appearance by either party.

---

[1] The court's September 26, 2025 order to show cause is discharged.

1

3. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of incarcerated witnesses at trial on or before March 27, 2026. Defendants shall file their pretrial statement on or before April 3, 2026. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action or entry of default.

3. A trial confirmation hearing is set before the Honorable Dena M. Coggins on May 8, 2026, at 1:30 p.m. in Courtroom 10. Judge Coggins will conduct the shackling hearing at this conference.

4. This matter is set for jury trial before the Honorable Dena M. Coggins on June 8, 2026, at 9:00 a.m. in Courtroom 10.

IT IS SO ORDERED.

Dated:     November 7, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE