**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KAYSHON LAMONT MOODY,
          Plaintiff,

          Case No. 2:22-cv-1342-DC-JDP (P)

    v.

D. GONZALEZ, *et al.,*

        Defendants.

                /

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Kayshon Lamont Moody, inmate no. BI-5863, a necessary and material witness in proceedings in this case on April 9, 2026, is confined in Mule Creek State Prison (MCSP), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Judge Jeremy D. Peterson, to appear by Zoom video conference from his place of confinement, on April 9, 2026 at 10:00 AM.

      Accordingly, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the custodian to produce the inmate named above, by Zoom video conference, to participate in court proceedings at the time and place above, until completion or as ordered by the court. Zoom video conference connection information will be supplied via separate email;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

      3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Mule Creek State Prison at (209) 274-5018 or via email; and

      4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Nic Cannarozzi, Courtroom Deputy, at ncannarozzi@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Mule Creek State Prison, PO Box 409099, Ione, California, 95640:**

**WE COMMAND** you to produce the inmate named above to testify at the time and place above, by Zoom video conference, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:    March 31, 2026           _____
                                 JEREMY D. PETERSON
                                 UNITED STATES MAGISTRATE JUDGE